**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket Nos. 2:18-cr-00168-NT, |
| | ) | 2:19-cr-00103-NT |
| AARON WEST, | ) | |
| Defendant. | ) | |

**ORDER ON MOTION FOR COMPASSIONATE RELEASE**

Aaron West filed a *pro se* motion for compassionate release on September 16, 2020. Motion (2:18-cr-00168-NT, ECF No. 76; 2:19-cr-00103-NT, ECF No. 32). After reviewing his motion, I issued an order to show cause why the motion should not be denied because Mr. West had not established my authority to grant his motion, and it did not appear that he had exhausted his administrative remedies. Order to Show Cause (2:18-cr-00168-NT, ECF No. 79; 2:19-cr-00103-NT, ECF No. 35). Mr. West subsequently responded to the Order to Show Cause. (2:18-cr-00168-NT, ECF No. 80; 2:19-cr-00103-NT, ECF No. 36). Mr. West requests release pursuant to 18 U.S.C. § 3582 on the ground that he is currently unable to participate in any prison programming due to the COVID-19 pandemic. However, dissatisfaction with the availability of prison programs during the pandemic does not constitute an "extraordinary and compelling reason[]" to modify a sentence under 18 U.S.C. § 3582 for an otherwise healthy 39-year-old.

His motion for compassionate release (2:18-cr-00168-NT, ECF No. 76; 2:19-cr-00103-NT, ECF No. 32) is **DENIED**.

SO ORDERED.

                                                /s/ Nancy Torresen
                                                United States District Judge

Dated: October 13, 2020